UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Wachovia Securities, LLC</u>

   v.      Civil No. 08-cv-251-JL

<u>Richard T. Iannacone, et al.</u>

**ORDER OF RECUSAL**

  Because James A. MacDonald is a personal acquaintance of mine and our sons played youth baseball together during the summers of 2006 and 2007, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

             /s/ Joe Laplante
             Joseph N. Laplante
             United States District Judge

Dated: June 24, 2008

cc: Jeanne P. Herrick, Esq.