UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Wachovia Securities</u>

           v.                    Case No. 08-cv-251-PB

<u>Richard T. Iannacone, et al.</u>


<u>O R D E R</u>

Pursuant to my bench ruling, I hereby recuse myself from presiding over this case.

SO ORDERED.


June 30, 2008                                  /s/ Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge


cc:       Counsel of Record