UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Wachovia Securities, LLC</u>

         v.                               Civil No. 08-cv-251

<u>Richard T. Iannacone, et al</u>

<u>O R D E R</u>

I recuse myself from presiding over this case.

SO ORDERED.

June 30, 2008                         <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:    Anthony Paduano, Esq.
       Jeanne P. Herrick, Esq.
       Eric D. Brandfonbrener, Esq.
       Jeffrey C. Spear, Esq.