UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Wachovia Securities, LLC, et al.</u>

    v.                                  Civil No. 08-cv-251-PB

<u>Richard T. Iannacone, et al.</u>

## ORDER OF RECUSAL

Due to my former firm's representation of the plaintiff, I am recusing myself.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

June 30, 2008

cc:  Eric D. Brandfonbrener, Esq.
     Jeanne P. Herrick, Esq.
     Anthony Paduano, Esq.
     Jeffrey C. Spear, Esq.